**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAURA PIEPER, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   **Case No. 16-CV-0813 RDM** |
| | * |
| MEDSTAR-GEORGETOWN MEDICAL CENTER, INC., D/B/A GEORGETOWN UNIVERSITY HOSPITAL, et al., | * |
| | * |
| Defendants. | * |

### PLAINTIFFS' STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

The parties, by and through their respective counsel, hereby stipulate and agree that all remaining claims, actions, and causes of action (including any claims previously dismissed with or without prejudice) in the above-captioned case are hereby **DISMISSED WITH PREJUDICE** with the consent of all parties, as indicated by the signature of counsel, below.

All parties to bear their own costs.

Respectfully submitted,

**BAILEY & EHRENBERG, PLLC**

 /s/  *James Bailey (with permission)*
James C. Bailey, Esquire (#462391)
jcb@becounsel.com
1015 18th Street, NW, Suite 204
Washington, DC 20036
202-331-1331
*Counsel for Plaintiffs, Laura Pieper and Timothy Pieper*

**MICHAEL M. WILSON & ASSOCIATES**

 /s/  Michael Wilson (with permission)
Michael M. Wilson, Esquire (#941674)
wilson@wilsonlaw.com
1120 19th Street, NW, Suite LL-11
Washington, DC 20036
202-223-4488
*Counsel for Plaintiffs, Laura Pieper and Timothy Pieper*

**ARMSTRONG, DONOHUE, CEPPOS,**
 **VAUGHAN & RHOADES, CHARTERED**

  /s/  Jeremy R. Krum
Larry A. Ceppos, Esquire (#361439)
lac@adclawfirm.com
Jeremy R. Krum, Esquire (#16024)
jrk@adclawfirm.com
204 Monroe Street, Suite 101
Rockville, Maryland  20850
301-251-0440
*Counsel for Defendant, MedStar-Georgetown Medical Center, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2017, a copy of the foregoing Stipulation of Dismissal of all Claims with Prejudice was electronically filed and served upon:

James C. Bailey, Esquire
Bailey & Ehrenberg, PLLC
1015 18th Street, NW, Suite 204
Washington, DC 20036

Michael M. Wilson, Esquire
Michael M. Wilson & Associates
1120 19th Street, NW, Suite LL-11
Washington, DC 20036

                                              /s/ *Jeremy R. Krum*
                                              Jeremy R. Krum